**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**UNITED STATES OF AMERICA**

**V.**                                                                                                          **NO. 1:04CR184-WAP**

**BARBARA SELLERS**

**ORDER**

The Defendant pled guilty to various charges related to material containing child pornography. She was sentenced on August 17, 2005, to 240 months imprisonment. No appeal was taken. The Defendant has now filed a motion for a copy of all evidence obtained in the investigation and prosecution of this case.

The court nor the clerk's office provide copies free of charge. *Walker v. United States*, 424 F.2d 278, 279 (5th Cir. 1970) (a prisoner is not entitled to go on a fishing expedition by searching the record for possible error). Therefore, the motion for a copies (docket entry 32) is DENIED.

SO ORDERED this the 2nd day of June, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE